UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENDON NATIONAL INSURANCE COMPANY, a New Jersey Corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>INSURANCE COMPANY OF THE WEST, a Texas Corporation, et al.,<br><br>　　　　　　Defendants.<br>_____<br>INSURANCE COMPANY OF THE WEST,<br><br>　　　　　Counter-Claimant,<br><br>　v.<br><br>CLARENDON NATIONAL INSURANCE COMPANY,<br><br>　　　　　Counter-Defendant.<br>_____ | CV F 99 5461 SMS<br><br>ORDER DIRECTING THE PARTIES TO FILE SUPPLEMENTAL BRIEFS<br><br>**Due date for Defendant's Supplemental Brief:**<br>**August 5, 2005**<br><br>**Due date for Plaintiff's Responsive Supplemental Brief:**<br>**August 23, 2005** |

　　This matter was tried to the Court on September 20 and 21, 2004, and was submitted for decision.

　　After the matter was submitted, the parties corresponded with the Court concerning two matters. The Court has not received any input from Plaintiff's counsel regarding the admissibility of the deposition of Satvinder Singh in light of the post-trial

1

correspondence from Defendant's counsel concerning the inaccuracy of defense counsel's representations regarding the unavailability of Satvinder Singh as a witness.

The Court has reviewed and considered the parties' evidence and briefing and has determined that serial supplemental briefing by the parties is needed with respect to the following:

1) construction of the contract (the ICW policy) pursuant to and in light of California law, including but not limited to the pertinent canons of construction and statutes, with respect to whether Defendant must show intentional misrepresentation or concealment in order to establish a defense, or whether negligent or even innocent misrepresentation would constitute a defense; such briefing should include, but should not be limited to, a discussion of the applicability of <u>Mitchell v. United National Insurance Co.</u>, 127 Cal.App.4th 457 (2005), and should identify and analyze any holdings from California as well as from other jurisdictions in cases analogous to the present case; and

2) whether, in light of the correspondence received after the trial, the deposition of Satvinder Singh is admissible.

With respect to the second matter, if the parties are willing to stipulate to the admissibility of the deposition, then a signed stipulation filed no later than August 23, 2005, is acceptable in lieu of supplemental briefing.

Accordingly, it IS ORDERED that

1) Defendant SHALL FILE a supplemental brief addressing the foregoing no later than August 5, 2005; and

2) Plaintiff SHALL FILE a responsive supplemental brief addressing the foregoing no later than August 23, 2005.

1   IT IS SO ORDERED.

2   **Dated:   July 14, 2005**                    **/s/ Sandra M. Snyder**
    icido3                                        UNITED STATES MAGISTRATE JUDGE

3