James P. Wagoner, # 058553
Dana B. Denno, # 227971
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendant
INSURANCE COMPANY OF THE WEST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| CLARENDON NATIONAL INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>  v.<br><br>INSURANCE COMPANY OF THE WEST, H & G TRANSPORT, INC., GURDIAL SINGH GILL, PARAMPREET SINGH d/b/a/ G & P TRANSPORT and INDERJIT SINGH,<br><br>  Defendants. | Case No.  1:99-cv-05461 SMS<br><br>**STIPULATION &  ORDER** |
| AND RELATED CROSS-ACTIONS. | |

   IT IS HEREBY STIPULATED by and between Plaintiff and Cross-Defendant CLARENDON NATIONAL INSURANCE COMPANY, by and through its attorneys of record, Schindel, Farman & Lipsius LLP and Andrew Karonis, and Defendant and Cross-Complainant, THE INSURANCE COMPANY OF THE WEST, by and through its attorneys of record, McCormick, Barstow, Sheppard, Wayte & Carruth LLP, and James P. Wagoner, as follows:

   1.   That the February 14, 2005 deposition testimony of Satvinder Singh introduced and read into the record at trial be admitted into evidence.

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
P.O. BOX 28912

STIPULATION CIV F-99-5461 REC SMS

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: August 2, 2005 | McCORMICK, BARSTOW, SHEPPARD WAYTE & CARRUTH LLP |
| | |
| | By: /s/ Dana B. Denno |
| | James P. Wagoner<br>Dana B. Denno<br>Attorneys for Defendant and Cross-Complainant,<br>INSURANCE COMPANY OF THE WEST |
| | |
| Dated: August 8, 2005 | SCHINDEL, FARMAN & LIPSIUS LLP |
| | |
| | By: /s/ Andrew Karonis |
| | Ira Lipsius<br>Andrew Karonis<br>Attorneys for Plaintiff and Cross-Defendant,<br>CLARENDON NATIONAL INSURANCE COMPANY |

## **ORDER**

IT IS HEREBY ORDERED.

Dated:  8/18/2005                             /s/ Sandra M. Snyder
                                                            Sandra M. Snyder, Magistrate Judge
                                                            of the U. S. District Court

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
P.O. BOX 28912

2

STIPULATION CIV F-99-5461 REC SMS

PDF created with pdfFactory trial version www.pdffactory.com

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is McCormick, Barstow, Sheppard, Wayte & Carruth LLP, 5 River Park Place East, Fresno, California 93720-1501. On August 15, 2005, I served the within documents:

STIPULATION

- ☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

- ☐ **BY PERSONAL DELIVERY:** by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

- ☒ **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Fresno, California addressed as set forth below.

- ☐ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

- ☐ **BY ELECTRONIC SUBMISSION:** per court order, submitted electronically by Verilaw to be posted to the website and notice given to all parties that the document has been served.

| | |
|---|---|
| Lorienton Palmer | Ira Lipsius, Esq. |
| Schindel Farman & Lipsius | Schindel, Farman & Lipsius LLP |
| 225 West 34th Street | 14 Penn Plaza, Suite 500 |
| New York, NY 10122 | New York, NY 10122 |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 15, 2005, at Fresno, California.

/s/ Della Johnson
Della Johnson

42389/00025-850770.v1

PDF created with pdfFactory trial version www.pdffactory.com