James P. Wagoner, # 058553
Dana B. Denno, # 227971
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Plaintiff
INSURANCE COMPANY OF THE WEST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| CLARENDON NATIONAL INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>v.<br><br>INSURANCE COMPANY OF THE WEST, H & G TRANSPORT, INC., GURDIAL SINGH GILL, PARAMPREET SINGH d/b/a/ G & P TRANSPORT and INDERJIT SINGH,<br><br>                    Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No.  CIV F-99-5461 REC SMS<br><br>**STIPULATION RE: UNDERTAKING ON APPEAL TO STAY EXECUTION AND ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff, Cross-Defendant and Appellee, CLARENDON NATIONAL INSURANCE COMPANY, by and through its attorneys of record, Schindel, Farman & Lipsius LLP and Andrew Karonis, and Defendant, Cross-Complainant and Appellant, INSURANCE COMPANY OF THE WEST, by and through its attorneys of record, McCormick, Barstow, Sheppard, Wayte & Carruth LLP, and James P. Wagoner, as follows:

1. That the Undertaking on Appeal, attached hereto as Exhibit "A" and incorporated herein by reference, is sufficient to stay execution of the judgment entered in this matter in favor of CLARENDON NATIONAL INSURANCE COMPANY as against INSURANCE COMPANY

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
P.O. Box 28912

STIPULATION CIV F-99-5461 REC SMS

PDF created with pdfFactory trial version www.pdffactory.com

OF THE WEST and the attached undertaking satisfies the requirements of Federal Rule of Civil Procedure, Rule 62 (d) and Eastern District Local Rule, Rule 65.1-151 and therefore, the parties request approval of the undertaking by the Court in accordance with Rule 62 (d).

Dated: November 17, 2006    McCORMICK, BARSTOW, SHEPPARD WAYTE & CARRUTH LLP

By: /s/ Dana B. Denno
JAMES P. WAGONER
DANA B. DENNO
Attorneys for Defendant and Cross-Complainant,
INSURANCE COMPANY OF THE WEST

Dated: November 17, 2006    SCHINDEL, FARMAN & LIPSIUS LLP

By: /s/ Andrew Karonis
IRA LIPSIUS
ANDREW KARONIS
Attorneys for Plaintiff and Cross-Defendant,
CLARENDON NATIONAL INSURANCE COMPANY

## **ORDER**

IT IS HEREBY ORDERED, that the undertaking on appeal, attached hereto as Exhibit "A" is approved by the Court in accordance with Federal Rule of Civil Procedure, Rule 62 (d), and therefore, the judgment entered by the Court in this matter in favor of CLARENDON NATIONAL INSURANCE COMPANY as against INSURANCE COMPANY OF THE WEST, is stayed effectively immediately.

Dated:  12/15/2006    /s/ Sandra M. Snyder
Sandra M. Snyder, Magistrate Judge
of the U. S. District Court

PDF created with pdfFactory trial version www.pdffactory.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT,
FRESNO DIVISION**

CLARENDON NATIONAL
INSURANCE COMPANY,

        Plaintiff-counter-defendant-Appellee,

  v.

INSURANCE COMPANY OF THE WEST,

        Defendant-counter-Claimant-Appellant,

    And

H & G TRANSPORT, INC.; GURDIAL SINGH GILL; PARAMPREET SINGH, dba G & P Transport; INDERJIT SINGH,

    Defendants.

**UNDERTAKING ON APPEAL TO STAY EXECUTION**
**Case No.:  D.C. No. CV-99-05461 SMS**
    **FRCP 62(d);**
    **EASTERN DIST. Rule 65.1-151**

**WHEREAS**, INSURANCE COMPANY OF THE WEST in the above entitled action appealed to the United States Court of Appeal for the Ninth Circuit from a judgment, made and entered against, INSURANCE COMPANY OF THE WEST in the amount of FOUR HUNDRED TWENTY FIVE THOUSAND EIGHT HUNDRED SEVENTY ONE AND 81/100 Dollars ($425,871.81),

**AND WHEREAS** INSURANCE COMPANY OF THE WEST is desirous of staying the execution of said judgment being appealed.

**NOW, THEREFORE,** in consideration of the premises and of such appeal, the undersigned, Explorer Insurance Company, a corporation duly incorporated under the laws of the State of California and authorized by the laws of the State of California to execute bonds and undertakings as sole surety, and in accordance with 31 U.S.C. Sections 9304-9306, does hereby undertake and promise on the part of INSURANCE COMPANY OF THE WEST and does

# EXHIBIT A

PDF created with pdfFactory trial version www.pdffactory.com

acknowledge itself justly bound in the sum of FIVE HUNDRED THIRTY TWO THOUSAND THREE HUNDRED THIRTY NINE AND 76/100 Dollars ($532,339.76), being one and one quarter times the amount named in the said judgment, along with requested costs of SIX THOUSAND NINE HUNDRED NINETY EIGHT AND 70/100 ($6,998.70); that if said judgment appealed from, or any part thereof, be affirmed or the appeal dismissed, Explorer Insurance Company, will pay the judgment or order, or the part of such amount as to which the same shall affirm, if affirmed only in part, and all damages and costs which may be awarded against INSURANCE COMPANY OF THE WEST in the underlying matter and upon appeal, and that if INSURANCE COMPANY OF WEST does not make payment within sixty (60) days after the issuance of the mandate of the United States Court of Appeal for the Ninth Circuit, judgment may be entered against the said surety on motion of CLARENDON NATIONAL INSURANCE COMPANY.

**IN WITNESS THEREOF**, the said surety, Explorer Insurance Company has caused this obligation to be signed by its duly authorized Attorney-in-Fact, and its corporate seal to be hereto affixed at San Diego, California, this 10th day of November.

| Insurance Company of the West | Explorer Insurance Company |
|---|---|
| Principal | Surety |
| /s/_____ | _____ |
| By: David Reilly | By: J. Douglas Browne<br>ATTORNEY-IN-FACT |

PRINCIPAL ADDRESS FOR SERVICE:    11455 EL CAMINO REAL
                                                              SAN DIEGO, CA  92130-2045

SURETY ADDRESS FOR SERVICE:        11455 EL CAMINO REAL
                                                              SAN DIEGO, CA  92130-2045

BOND NO.:   217 35 96                              PREMIUM:  $13,308.00

CT-ICW 62 (7/00)

PDF created with pdfFactory trial version www.pdffactory.com

No. 0006801

**Power of Attorney**
**Explorer Insurance Company**

KNOW ALL MEN BY THESE PRESENTS: That Explorer Insurance Company, a Corporation duly organized under the laws of the State of California, does hereby appoint

**J. DOUGLAS BROWNE**

a true and lawful Attorney(s)-in-Fact with authority to date, execute, sign, seal, and deliver on behalf of the Companies, fidelity and surety bonds, undertakings, and other similar contracts of suretyship, and any related documents.

In witness whereof, the Company has caused these presents to be executed by its duly authorized officers this 1st day of November, 2005.

**EXPLORER INSURANCE COMPANY**

/s/ Jeffrey D. Sweeney          /s/ John L. Hannum

Jeffrey Sweeney, Assistant Secretary        John L Hannum, Executive Vice President

State of California
County of San Diego } ss.

On November 10, 2006 before me, Mary Cobb, Notary Public, personally appeared John L. Hannum and Jeffrey D. Sweeney, personally known to me to be the persons whose names are subscribed to the within instrument; and acknowledged to me that they executed the same in their authorized capacities, and that by their signatures on the instrument, the entity upon behalf of which the persons acted, executed the instrument

Witness my hand and official seal.

/s/ Mary Cobb, Notary Public

**RESOLUTIONS**

This Power of Attorney is granted and is signed, sealed and notarized with facsimile signatures and seals under authority of the following resolutions adopted by the respective Boards of Directors of each of the Company:

"RESOLVED: That the President, an Executive or Senior Vice President of the Company, together with the Secretary or any Assistant Secretary, are hereby authorized to execute Powers of Attorney appointing the person(s) named as Attorneys)-in-Fact to date, execute, sign, seal, and deliver on behalf of the Company, fidelity and surety bonds, undertakings, and other similar contracts of suretyship, and any related documents.

RESOLVED FURTHER That the signatures of the officers making the appointment, and the signature of any officer certifying the validity and current status of the appointment, may be facsimile representations of those signatures; and the signature and seal of any notary, and the seal of the Company, may be facsimile representations of those signatures and seals, and such facsimile representations shall have the same force and effect as if manually affixed. The facsimile representations referred to herein may be affixed by stamping, printing, typing, or photocopying."

**CERTIFICATE**

I, the undersigned, Assistant Secretary of Explorer Insurance Company, do hereby certify that the foregoing Power of Attorney is in full force and effect, and has not been revoked, and that the above resolutions were duly adopted by the Board of Directors of the Company, and is now in full force:
IN WITNESS WHEREOF, I have set my hand this 10th day of  6 **November**                    2 0 0 6  6 .

/s/ Jeffrey D. Sweeney, Assistant Secretary

To verify the authenticity of this Power of Attorney you may call 1-800-877-1111 and ask for the Surety Division. Please refer to the Power of Attorney Number, the above named individual(s) and details of the bond to which the power is attached. For information or filing claims, please contact Surety Claims, ICW Group, 11455 El Camino Real, San Diego, CA 92130-2045 or call (858) 350-2400.

PDF created with pdfFactory trial version www.pdffactory.com

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**

State of California

County of San Diego

On 11/10/2006 before me, Francis Fafaul, Notary Public,

personally appeared J. Douglas Browne,

X personally known to me -OR- ☐ proved to me on the basis of satisfactory evidence to be the persons) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

/s/ Francis Fafaul

Signature of Notary

OPTIONAL

Though the data below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent reattachment of this form.

**CAPACITY CLAIMED BY SIGNER**          **DESCRIPTION OF ATTACHED DOCUMENT**

☐ INDIVIDUAL
☐ CORPORATE OFFICER

Bond No. 217 35 96

☐ PARTNER(S)      ☐ LIMITED
☐ ATTORNEY-IN-FACT
☐ TRUSTEE(S)
☐ GUARDIAN/CONSERVATOR OTHER

SIGNER IS REPRESENTING: NAME OF
PERSON(S) OR ENTITY(IES)

CA-ICW 24 (7/00)

PDF created with pdfFactory trial version www.pdffactory.com

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**

State of California

County of San Diego

On 11/10/2006 before me, Francis Fafaul, Notary Public,

personally appeared David Reilly,

x **personally known to me** -OR- ☐ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are- subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her it authorized capacity(ies), and that by his/her/their signature($^s$) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

**WITNESS my hand and official**

/s/ Francis Fafaul

Signature of Notary

OPTIONAL

Though the data below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent reattachment of this form.

**CAPACITY CLAIMED BY SIGNER**          **DESCRIPTION OF ATTACHED DOCUMENT**

☐ INDIVIDUAL
☐ CORPORATE OFFICER

217 35 96

☐ PARTNER(S)          ☐ LIMITED
☐ ATTORNEY-IN-FACT
☐ TRUSTEE(S)
☐ GUARDIAN/CONSERVATOR
OTHER:
SIGNER IS REPRESENTING:
NAME OF PERSON(S) OR ENTITY(IES)

CA-ICW 74 (7/00)

PDF created with pdfFactory trial version www.pdffactory.com

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is McCormick, Barstow, Sheppard, Wayte & Carruth LLP, 5 River Park Place East, Fresno, California 93720-1501. On November 27, 2006, I served the within documents:

**STIPULATION RE: UNDERTAKING ON APPEAL TO STAY EXECUTION AND PROPOSED ORDER**

- ☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

- ☐ **BY PERSONAL DELIVERY:** by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

- ☒ **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Fresno, California addressed as set forth below.

- ☐ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

- ☐ **BY ELECTRONIC SUBMISSION:** per court order, submitted electronically by Verilaw to be posted to the website and notice given to all parties that the document has been served.

| | |
|---|---|
| Lorienton Palmer | Ira Lipsius, Esq. |
| Schindel Farman & Lipsius | Schindel, Farman & Lipsius LLP |
| 225 West 34th Street | 14 Penn Plaza, Suite 500 |
| New York, NY 10122 | New York, NY 10122 |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 27, 2006, at Fresno, California.

/s/ Della Johnson
DELLA JOHNSON

1036377.v1